Ex parte A. J. GARDNER.

No. A-8455.  Sept. 2, 1932.
(14 Pac. [2d] 238.)

A. J. Gardner, in pro. per.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. This is an original proceeding in habeas corpus. Petitioner alleges that he is unlawfully restrained of his liberty by the warden of the penitentiary; that such restraint is upon a conviction for murder and a life sentence from Pottawatomie county, a plea of guilty being entered by petitioner. The petition contains no question which can be raised by habeas corpus.

The writ is denied.